# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CALEB CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>JEREMY A. BAKER<br>and<br>JOEL S. BAKER,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.<br>)<br>)<br>) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES PLAINTIFF, Caleb Carter (hereinafter referred to as "Plaintiff"), by and through his attorneys, Preti Flaherty Beliveau & Pachios, LLP and Severin M. Beliveau, and complains of Defendants, Jeremy A. Baker and Joel S. Baker, as follows:

## PARTIES

1. Plaintiff, Caleb Carter, is a resident of Portsmouth, County of Rockingham, State of New Hampshire.

2. Defendant, Jeremy A. Baker, is a resident of Portland, County of Cumberland, State of Maine.

3. Defendant, Joel S. Baker, is a resident of Portland, County of Cumberland, State of Maine.

## JURISDICTION AND VENUE

4. United States District Court for the State of Maine has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the matter and controversy exceeds the sum of $75,000.00 and there is diversity of citizenship between the parties.

5. Venue is proper pursuant to 28 USC § 1391 because the events occurred within the District of Maine, and because Plaintiff's claims arise out of a motor vehicle accident that happened in Falmouth, Maine.

6. The Court has personal jurisdiction over the Defendants because they are residents of the State of Maine, and because Plaintiff's claims arise out of tortious conduct committed by Defendants within the State of Maine.

7. There exists between the parties an actual controversy that is judiciable by nature.

## COUNT I

8. On or about February 9, 2024, Plaintiff was a passenger in a vehicle driven by Defendant Jeremy A. Baker and owned by Joel S. Baker.

9. At approximately 11:00 p.m. that day, Defendant Jeremy A. Baker was driving the vehicle at high speed in excess of the posted speed limits near the intersection of Blackstrap Road and Washington Avenue in Falmouth, Maine.

10. Defendant Jeremy A. Baker had stopped at the at the aforementioned intersection of Blackstrap Road in Falmouth, Maine.

11. Before making the long left-hand turn at the aforementioned intersection, Defendant Jeremy A. Baker held down the traction control button to disable the traction control, and then held the traction control button on down for an additional 3 - 5 seconds to disengage the additional safety feature StabiliTrak.

12. Defendant Jeremy A. Baker then performed prolonged burnout at the four-way intersection before accelerating at full speed down Blackstrap Road toward the railroad tracks without decelerating.

13. The negligence of Defendant Jeremy A. Baker, which included the disengagement of the traction control, caused the vehicle to go airborne over the railroad tracks.

14. After going airborne, there was then a loss of control of the vehicle due to hot tires and a wet surface, which caused the vehicle to slide across the road over the center line into the ditch, and then go airborne into the reinforced concrete bridge support.

15. Defendant Jeremy A. Baker negligently lost control of the high speed vehicle, crossed the center line of the road, left the roadway, and struck a reinforced concrete bridge support to the Falmouth Spur, at approximately 4 feet above the ground after going airborne.

16. As a direct and proximate result of Defendant Jeremy A. Baker's negligence, Plaintiff Caleb Carter suffered severe injuries and damages consisting of medical expenses, loss of income, loss of earning capacity, pain, suffering, loss of enjoyment of life, severe emotional distress, permanent impairment, severe scarring, cognitive impairments, and other damages.

## COUNT II

17. Plaintiff repeats, realleges and incorporates paragraphs 1-16 and all allegations made in Count I of this Complaint.

18. At the time of the crash, Defendant Joel S. Baker owned the vehicle being driven by Jeremy A. Baker and had granted permission to Defendant Jeremy A. Baker to operate the motor vehicle.

19. Defendant Joel S. Baker negligently entrusted the vehicle to Defendant Jeremy A. Baker, who negligently caused the crash and the bodily injuries to Plaintiff Caleb Carter.

20. As a direct and proximate result of Defendant Joel S. Baker's negligent entrustment of the vehicle to Defendant Jeremy A. Baker, Plaintiff Caleb Carter suffered severe injuries and damages consisting of medical expenses, loss of income, loss of earning capacity, pain, suffering, loss of enjoyment of life, severe emotional distress, permanent impairment, severe scarring, cognitive impairment, and other damages.

WHEREFORE, Plaintiff Caleb Carter respectfully requests that this Court award Plaintiff Caleb Carter such damages that are just and reasonable, along with interest, costs, and other damages.

## DEMAND FOR JURY TRIAL

PURSUANT TO Federal Rule of Civil Procedure 38(b), Plaintiff Caleb Carter demands trial by jury on all issues so triable.

Dated at Portland, Maine this 27th day of March, 2025.

*/s/ Severin M. Beliveau*
Severin M. Beliveau, Maine Bar #1241
135 Sheridan Street
Portland, ME  04101
(207) 485-4990
severin.beliveau1@gmail.com


*/s/ Jeffrey T. Edwards*
Jeffrey T. Edwards, Maine Bar #679
Preti Flaherty Beliveau & Pachios LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
(207) 791-3000
jedwards@preti.com

*Attorneys for Plaintiff, Caleb Carter*

22727894.9